ACCEPTED
12-15-00121-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/23/2015 1:41:36 PM
CATHY LUSK
CLERK

## No. 12-15-00121-CV

IN THE COURT OF APPEALS
FOR THE TWELFTH DISTRICT OF TEXAS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/23/2015 1:41:36 PM
CATHY S. LUSK
Clerk

**GARRY L. ROLLINS AND CARLA D. ROLLINS,**

*Appellants*

**V.**

**TEXAS COLLEGE AND MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL,"**

*Appellees*

Appeal from Cause No. 13-3353-A
In the 7th District Court of Smith County, Texas
The Honorable Kerry L. Russell, Presiding

**APPELLEE MPF INVESTMENTS, LLC D/B/A "A-1 RENT ALL"'S
NOTICE OF APPEARANCE
AND DESIGNATION OF LEAD APPELLATE COUNSEL**

Levon G. Hovnatanian
Texas Bar No. 10059825
*hovnatanian@mdjwlaw.com*
Todd M. Lonergan
Texas Bar No. 12513700
*lonergan@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

Ryan K. Geddie
Texas Bar No. 24055541
*geddie@mdjwlaw.com*
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

**TO THE HONORABLE COURT OF APPEALS:**

Comes now one of the appellees— MPF Investments, LLC d/b/a "A-1 Rent All" (hereinafter "MPF")—and files this Notice of Appearance and Designation of Lead Appellate Counsel. MPF hereby designates the following individual as its lead appellate counsel:

Levon G. Hovnatanian
*hovnatanian@mdjwlaw.com*
State Bar No. 10050925
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700—Telephone
(713) 222-0101—Facsimile

Todd Lonergan and Ryan Geddie, whose State Bar numbers and contact information appear in the signature block below, also represent MPF in this appeal.

In conclusion, MPF respectfully asks the Court to accept this Notice of Appearance and Designation of Lead Appellate Counsel and consider Mr. Hovnatanian as its lead appellate counsel.

1

Respectfully submitted,

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.


By: */s/ Levon G. Hovnatanian*
    Levon G. Hovnatanian
    Texas Bar No. 10059825
    *hovnatanian@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile


By: */s/ Todd M. Lonergan*
    Todd M. Lonergan
    Texas Bar No. 12513700
    *lonergan@mdjwlaw.com*
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile


By: /s/ Ryan K. Geddie
    Ryan K. Geddie
    Texas Bar No. 24055541
    *geddie@mdjwlaw.com*
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248
(214) 420-5500 – Telephone
(214) 420-5501 – Facsimile

ATTORNEYS FOR APPELLEE
MPF INVESTMENTS, LLC D/B/A "A-1
RENT ALL"

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated Notice of Appearance and Designation of Lead Appellate Counsel for appellee MPF Investments, LLC d/b/a "A-1 Rent All" contains 123 words.

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian
Dated:  June 23, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appearance and Designation of Lead Appellate Counsel for appellee MPF Investments, LLC d/b/a "A-1 Rent All" has been forwarded to the individuals listed below, by the methods indicated, on this 23rd day of June, 2015.

Ernesto D. Sigmon
WALKER SIGMON
416 West Saulnier Street
Houston, Texas 77019
*(via e-filing and e-mail at esigmon@esigmon.com)*
*(Attorney for appellants Garry L. Rollins and Carla D. Rollins)*

Trey Yarbrough
YARBROUGH WILCOX GUNTER, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas  75702
*(via e-filing and e-mail at Trey@yw-lawfirm.com)*
*(Attorney for appellee Texas College)*

*/s/ Levon G. Hovnatanian*
Levon G. Hovnatanian